IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERGEI KOVALEV,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF PHILADELPHIA, et al.<br><br>    Defendants. | CIVIL ACTION<br><br>No. 07-4875 |

## ORDER

**AND NOW**, this 29th day of April, 2009, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 40), and Plaintiff Sergei Kovalev's Response, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED** as to all causes of actions.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE